UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:

ANGIE GOMEZ and RAUL CIFUENTES
as Personal Representatives of the ESTATE
OF ANTHONY RAUL CIFUENTES GOMEZ,
deceased,

    Plaintiffs,

v.

UNITED STATES OF AMERICA

    Defendants.
_____/

## COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT

The Plaintiffs, ANGIE GOMEZ and RAUL CIFUENTES as Personal Representatives of the ESTATE OF ANTHONY RAUL CIFUENTES GOMEZ, deceased, ("PLAINTIFFS") through counsel, hereby sue the Defendants, UNITED STATES OF AMERICA (hereinafter "USA") and allege as follows:

### JURISDICTION, VENUE AND CONDITIONS PRECEDENT

1. Plaintiff, ANGIE GOMEZ is a resident of the State of Florida, and resides in Miami-Dade County and is otherwise *sui juris* for this action in the Southern District of Florida.

2. Plaintiff, RAUL CIFUENTES is a resident of the State of Florida, and resides in Miami-Dade County and is otherwise *sui juris* for this action in the Southern District of Florida.

3. The claims herein are brought against the USA pursuant to the Federally Supported Health Centers Assistance Act of 1992, Public Law No. 102-501, 42 U.S.C. § 233(g)(k), and the amended the Federally Supported Health Centers Assistance Act of 1995, Public Law No. 104-73,

42 U.S.C. § 201 provides that the Federal Tort Claims Act 28 U.S.C. § 1346(b), § 2401(b) and §2671-80, is the exclusive remedy, for injuries including death, caused by employees of a deemed community Health Center.

4.  Plaintiffs' claim is brought under the theory of medical malpractice, Florida Statutes, Chapter 766.

5.  a. At the time of the alleged medical malpractice, ROBERTO FOJO, M.D., was an employee of BORINQUEN HEALTH CARE CENTER, INC., d/b/a BORINQUEN MEDICAL CENTERS, (hereinafter "BORINQUEN HEALTH CARE CENTER, INC."), was acting in the scope of his employment, and was deemed an employee of the United States pursuant to 42 U.S.C. § 233.

b. At the time of the alleged medical malpractice, pursuant to 42 U.S.C. § 2339 (g), BORINQUEN HEALTH CARE CENTER, INC., was a Federally Supported Health Center and was a deemed federal employee and eligible for Federal Tort Claims Act coverage.

6.  Venue is proper in that all of the acts and omissions forming the basis of these claims occurred at BORINQUEN HEALTH CARE CENTER, INC., in Miami-Dade County in the Southern District of Florida, and arose between July 10, 2022, and July 12, 2022.

7.  The Plaintiffs have fully complied with the provisions of 28 U.S.C. § 2675 of the Federal Tort Claims Act.

8.  This suit has been timely filed, in that Plaintiffs timely served notice of their claim on September 5, 2023 to the U.S. Department of Health and Human Services Consumer Services Unit, 4052 Bald Cypress Way, Bin C-75, Tallahassee, FL 32399-3276. (Exhibit A). Additionally, Plaintiffs have completed an extensive pre-suit screening process of the claim in compliance with Florida Statutes §766.106.

9. At all times material, the decedent, ANTHONY RAUL CIFUENTES GOMEZ, was a minor, whose date of birth was July 10, 2022, and date of death was July 12, 2022.

10. At all times material, ANGIE GOMEZ was and is the natural and surviving mother of the deceased minor, ANTHONY RAUL CIFUENTES GOMEZ.

11. At all times material, RAUL CIFUENTES was and is the natural and surviving father of the deceased minor, ANTHONY RAUL CIFUENTES GOMEZ.

12. The Plaintiffs, ANGIE GOMEZ and RAUL CIFUENTES, have been appointed as Personal Representatives of the ESTATE OF ANTHONY RAUL CIFUENTES GOMEZ, and are the proper parties to bring this action for wrongful death pursuant to Fla. Stat. § 768.17, et. seq.

13. At all times material, Defendant, ROBERTO FOJO, M.D., was and is a citizen of the state of Florida, and a physician licensed by the state of Florida and practicing in Miami-Dade County, Florida, who held himself out to the public as qualified to provide medical care and treatment.

14. At all times material, Defendant, BORINQUEN HEALTH CARE CENTER, INC. was and is a Florida corporation organized and existing pursuant to the laws of the state of Florida and operating, doing business, and providing medical services as BORINQUEN MEDICAL CENTERS in Miami-Dade County, Florida.

15. At all times material, ROBERTO FOJO, M.D. was an agent, apparent agent, servant, and/or employee of BORINQUEN HEALTH CARE CENTER, INC., d/b/a BORINQUEN MEDICAL CENTERS.

16. Plaintiff has complied with all conditions precedent to this lawsuit as provided in Chapter 766, Florida Statutes.

17. Plaintiff filed a timely petition to extend the statute of limitations pursuant to Florida Statutes § 766.104.

18. The requirements for filing and F.T.C.A. claim were met by Plaintiffs.

**FACTS GIVING RISE TO CAUSE OF ACTION**

19. ANGIE GOMEZ was a patient of ROBERTO FOJO, M.D. at BORINQUEN MEDICAL CENTERS. Despite Plaintiff's history of pregnancy loss caused by cervical incompetency, Defendant, ROBERTO FOJO, M.D., failed to perform a cervical cerclage to prevent preterm birth.

20. On July 10, 2022, at just over 21 weeks gestational age, ANTHONY RAUL CIFUENTES GOMEZ was born, and subsequently passed away on July 12, 2022.

**COUNT I
MEDICAL NEGLIGENCE/WRONGFUL DEATH CLAIM
AGAINST THE UNITED STATES OF AMERICA
FOR THE ACTIONS OF ROBERTO FOJO, M.D.**

21. The Plaintiffs, ANGIE GOMEZ and RAUL CIFUENTES, adopt and incorporate herein all allegations contained in paragraphs 1 through 21 above, and further allege as follows:

22. At all times material hereto, Defendant, USA, through ROBERTO FOJO, M.D., had undertaken a duty to provide medical care, treatment, and services to ANTHONY RAUL CIFUENTES GOMEZ within the prevailing professional standard of care for such medical care, treatment, and services and/or within the prevailing professional standards of care for the providing of such medical care, treatment, and services.

23. Defendant, USA, through, ROBERTO FOJO, M.D., breached such duty of care by committing one or more of the following acts or omissions, each of which were a departure from the prevailing professional standard of care and/or a departure from the prevailing professional standard of care for the providing of such medical care, treatment, and services, to wit:

   a. Negligently failed to perform a cervical cerclage between 12 weeks and 21 weeks during the third pregnancy of ANGIE GOMEZ, who had a known history of cervical incompetency during her prior pregnancy;

24. As a direct and proximate result of one or more of the foregoing negligent acts or omissions, ANTHONY RAUL CIFUENTES GOMEZ was born prematurely at just over 21 weeks gestational age, which ultimately resulted in his untimely death, and as a result his Estate and survivors have suffered the following damages:

   a. Medical and funeral expenses due to the decedent's injuries and untimely death;

   b. ANGIE GOMEZ and RAUL CIFUENTES, the decedent's natural parents, have sustained and will continue to sustain mental pain and suffering as a result of the decedent's untimely death; and

   c. ANGIE GOMEZ and RAUL CIFUENTES, the decedent's natural parents, have lost future support and services of the decedent.

WHEREFORE, Plaintiffs, ANGIE GOMEZ and RAUL CIFUENTES as Personal Representatives of the ESTATE OF ANTHONY RAUL CIFUENTES GOMEZ, hereby demand judgment against Defendant, USA, through, ROBERTO FOJO, M.D., for compensatory damages in excess of $75,000, exclusive of interest and costs.

## COUNT II
## VICARIOUS LIABILITY CLAIM FOR MEDICAL MALPRACTICE UNDER FLORIDA STATUTES CHAPTER 766 AGAINST THE UNITED STATES OF AMERICA FOR THE LIABILITY OF BORINQUEN HEALTH CARE CENTER, INC. FOR ACTIONS OF ROBERTO FOJO, M.D.

25. The Plaintiffs, ANGIE GOMEZ and RAUL CIFUENTES, adopt and incorporate herein all allegations contained in paragraphs 1 through 25 above, and further allege as follows:

26. At all material times, Defendant, BORINQUEN HEALTH CARE CENTER, INC., had undertaken a non-delegable duty to provide medical care, treatment, and services to ANTHONY RAUL CIFUENTES GOMEZ, through professionals licensed to provide same,

within the prevailing professional standards of such medical care, treatment, and services and/or within the prevailing professional standards for the providing of such medical care, treatment, and services.

27. Defendant, USA, through, BORINQUEN HEALTH CARE CENTER, INC., by and through its agents, apparent agents, servants, and employees, including ROBERTO FOJO, M.D., breached such duties by committing the following acts or omissions, which were a departure from the prevailing professional standards of care and/or a departure from the prevailing professional standards for the providing of medical care, treatment, and services, to wit:

    a. Negligently failed to perform a cervical cerclage between 12 weeks and 21 weeks during the third pregnancy of ANGIE GOMEZ, who had a known history of cervical incompetency during her prior pregnancy;

28. Defendant, BORINQUEN HEALTH CARE CENTER, INC., is vicariously liable for the negligent acts and omissions of its agents, apparent agents, servants, and employees, including ROBERTO FOJO, M.D., as set forth above.

29. As a direct and proximate result of one or more of the foregoing negligent acts or omissions, ANTHONY RAUL CIFUENTES GOMEZ was born prematurely at just over 21 weeks gestational age, which ultimately resulted in his untimely death, and as a result his Estate and survivors have suffered the following damages:

    a. Medical and funeral expenses due to the decedent's injuries and untimely death;

    b. ANGIE GOMEZ and RAUL CIFUENTES, the decedent's natural parents, have sustained and will continue to sustain mental pain and suffering as a result of the decedent's untimely death; and

    c. ANGIE GOMEZ and RAUL CIFUENTES, the decedent's natural parents, have lost future support and services of the decedent.

WHEREFORE, Plaintiffs, ANGIE GOMEZ and RAUL CIFUENTES as Personal Representatives of the ESTATE OF ANTHONY RAUL CIFUENTES GOMEZ, hereby demand judgment against Defendant, BORINQUEN HEALTH CARE CENTER, INC., for compensatory damages in excess of $75,000, exclusive of interest and costs.

## CERTIFICATE OF COUNSEL

I hereby certify that a reasonable investigation of the incident(s) described above has been undertaken by counsel for the Plaintiff which gave rise to a good faith belief that grounds exist for an action against each named defendant.

Dated this 20th day of August, 2024.

> Rossman, Baumberger, Reboso & Spier, P.A.
> *Counsel for Plaintiffs*
> Dadeland Centre I, Suite 1200
> 9155 South Dadeland Blvd.
> Miami, Florida 33156
> Ph: (305) 373-0708
> Fax: (305) 577-4370
>
> By:  */s/ Andrew Rodriguez*
> Andrew Rodriguez
> Florida Bar No.: 99629
> rodriguez@rbrlaw.com
> jordan@rbrlaw.com
> marcela@rbrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed in the CM/ECF Portal this 20th day of August, 2024.        By:  */s/ Andrew Rodriguez*